No. 764.   FENTON *v.* WALLING, ADMINISTRATOR; and

No. 765.   SMITH *v.* WALLING, ADMINISTRATOR.   April 10, 1944.   Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Messrs. Louis Ferrari, G. D. Schilling,* and *Philip S. Ehrlich* for petitioners.   *Solicitor General Fahy, Messrs. Douglas B. Maggs* and *Joseph I. Nachman,* and *Miss Bessie Margolin* for respondent.

No. 769.   PENNSYLVANIA POWER & LIGHT CO. *v.* FEDERAL POWER COMMISSION.   April 10, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Mr. John F. MacLane* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney, Charles V. Shannon,* and *Howard E. Wahrenbrock* for respondent.

No. 774.   BARG *v.* ILLINOIS.   April 10, 1944.   Petition for writ of certiorari to the Supreme Court of Illinois denied.   *Messrs. Richard E. Westbrooks, Brien McMahon,* and *Walter E. Gallagher* for petitioner.   *Messrs. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 776.   DEALER'S TRANSPORT CO. *v.* REESE, ADMINISTRATRIX, ET AL.   April 10, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. D. M. Powell* for petitioner.   *Messrs. Richard T. Rives* and *A. F. Whiting* for respondents.

No. 783.   CONNECTICUT MUTUAL LIFE INSURANCE CO. *v.* SPERBER; and

No. 784.   NEW YORK LIFE INSURANCE CO. *v.* SPERBER.